UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: Demay International, LLC Debtor | § | Bankruptcy Case: 09-35759 |
| | § | |
| GSL of ILL, LLC Appellant | § | Civil Action 4:10cv2128 |

**Clerk's Notice of Filing Notice of Appeal under Bankruptcy Rule 8004**

On 6/15/10 , GSL of ILL, LLC , filed a notice of appeal.

The appeal has been assigned to U.S. District Judge Melinda Harmon, as Civil Action : 4:10cv2128.

This is **not** the notice of transmission of the record and its docketing under Bankruptcy Rule 8007(b).

The appellant shall file with the clerk and serve on the appellee the designation of items,(*A numbered list of documents that reference file dates and instrument numbers on the court docket*), and a statement of the issues to included in the record on appeal. Within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal. Fed. R. Bankr P. 8006.  The designation will be filed in Bankruptcy case: **09-35759**

Do not file copies of the items to be included in the record. The Clerk's office will assemble the record for transmission *after* the designation has been timely filed.

If the record designated by any party includes a transcript of any proceeding not yet a part of the record, the party shall immediately after filing the designation, deliver to the clerk a written request for the preparation of the transcript and make arrangements for payment. Fed. R. Bankr P. 8006.

Pursuant to 28 U.S.C § 1930c; Fed R. Bankr. P. 8001(a); Judicial Conference Schedule of Fees, Nos. 9, 16, the notice of appeal must be accompanied by  filing fees .

A Notice of Docketing an Appeal under Bankruptcy Rule 8007(b) will be issued at the time the record is transmitted and docketed in the district court.