UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
**Demay International, LLC** § Case **09-35759**
*Debtor* §

# NOTICE OF APPEAL
**[Refers to Docket 399]**

GSL of ILL, LLC appeals under 28 U.S.C. §158(a) or (b) from the Order Overruling Objection To Proof of Claim 67 of McCaffety Electric Company, Inc. entered in this Bankruptcy proceeding on the 9th day of June 2010 ("Order").

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **GSL of ILL, LLC** | **Peter Johnson, Esq**<br>**Law Offices Of Peter Johnson**<br>Eleven Greenway Plaza<br>Summit Tower, Suite 2820<br>Post Office Box 980877<br>Houston, Texas 77098-0877<br>(713) 961.1200 (telephone)<br>(713) 961.0941 (facsimile) |
|---|---|
| **McCaffety Electric Company, Inc.** | **Richard A Simmons, Esq**<br>**Waldron & Schneider, LLP**<br>University Park<br>15150 Middlebrook Drive<br>Houston, Texas 77058<br>(281) 488.4438 (telephone)<br>(281) 488.4597 (facsimile) |

Dated: June 15, 2010.

                          Respectfully submitted,

                          **Law Offices Of Peter Johnson**
                          Eleven Greenway Plaza
                          Summit Tower, Suite 2820
                          Post Office Box 980877
                          Houston, Texas 77098-0877
                          (713) 961.1200 (telephone)
                          (713) 961.0941 (facsimile)

                          */s/Peter Johnson/*
By: _____
                          Peter Johnson SBT 10778400
                          **COUNSEL FOR  GSL of ILL, LLC**


## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the above and foregoing Notice of Appeal was served on the parties required by Local Bankruptcy Rule  in this case, including Richard A Simmons on behalf of Creditor McCaffety Electric Company  by electronic notice pursuant to the Local Bankruptcy Rules on June 15, 2010.

                          */s/Peter Johnson/*

                          _____
                          PETER JOHNSON


Peter E Avots on behalf of Interested Party 4JLJ, Incorporated
pea@wbwpc.com, ecfpavots@wbwpc.com
Robert Glenn Bailey on behalf of Creditor Triple-S Steel Supply, LLC
rbailey@robertbaileypc.com
Darla Catherine Carlisle on behalf of Creditor HOUSTON PLATING & COATING, LLC
dcarlisle@wkpz.com
David A Carp on behalf of Creditor CDI Seals, Inc. n/k/a Fast Group Houston, Inc.
dcarp@hcmlegal.com, ajacobs@hcmlegal.com;herzogcarpmcmanus@hotmail.com
Walter J Cicack on behalf of Interested Party Pacific National LLC
wcicack@seyfarth.com, kbaldwin@seyfarth.com;mallen@seyfarth.com
Bradley Lane DeLuca on behalf of Interested Party MJP Funding, LLC
bdeluca@jdkklaw.com, lcarmona@jdkklaw.com;mbroussard@jdkklaw.com;bashcraft@jdkklaw.com
Carl Dore on behalf of Creditor c/o Carl Dore, Jr. Cudd Pressure Control, Inc.
carldore@doreassociates.com
Joseph G Epstein on behalf of Creditor Rigco International Limited
jepstein@winstead.com, pschneller@winstead.com
Matthew Allen Foytlin on behalf of Plaintiff Drilling Controls, Inc.
mfoytlin@bmpllp.com, efnotify@bmpllp.com;lcondon@bmpllp.com;mhenry@bmpllp.com
Stephen Nathaniel Gracey on behalf of Debtor DI, L.L.C
steve.gracey@wyattpllc.com, shirley.stubbs@wyattpllc.com

Melissa Anne Haselden on behalf of Creditor HOUSTON PLATING & COATING, LLC
Haselden@hooverslovacek.com, haseldenbankruptcy@gmail.com
Katherine Kelly Henk on behalf of Creditor McCaffety Electric Company
khenk@ws-law.com, linda@ws-law.com;faithe@ws-law.com
Ellen Maresh Hickman on behalf of U.S. Trustee US Trustee
ellen.hickman@usdoj.gov
Christopher Donald Johnson on behalf of Creditor Committee Official Committee of Unsecured Creditors of Demay International, LLC
cjohnson@mckoolsmith.com, nediger@mckoolsmith.com
Kenneth A Keeling on behalf of Creditor Semco, LLC
noticesklf@gmail.com;noticesbkup@gmail.com
Don Joseph Knabeschuh on behalf of Creditor P.D. Browne South, Inc.
b50martinez@gmail.com
Stephen W Lemmon on behalf of Creditor First State Bank Of Huntsville Texas
slemmon@mailbmc.com, pkeller@mailbmc.com;asands-puryear@mailbmc.com;nabbitt@mailbmc.com
Gerald R Mace on behalf of Creditor Dumay Real Estate, LLC
jerry@mace-mack.com
Robert G Miller on behalf of Defendant Ilo Floyd
rmiller@ofmklaw.com
Michael N Mire on behalf of Creditor Marine Urethane, Inc.
michael.mire@arlaw.com, cristal.becerra@arlaw.com

Theresa D Mobley on behalf of Creditor Dumay Real Estate, LLC
tmobley@cagehill.com
R Christopher Naylor on behalf of Creditor Toyota Motor Credit Corporation
bankruptcy@dntlaw.com
David A Oliver on behalf of Creditor Cleveland Gear Company
daoliver@vorys.com
Christen C Paquin on behalf of Creditor RSC Equipment Rental, Inc.
cpaquin@mssattorneys.com
Drew T Parobek on behalf of Creditor Cleveland Gear Company
dtparobek@vorys.com
Michael P Ridulfo on behalf of Creditor First State Bank Of Huntsville Texas
mridulfo@mailbmc.com, swilson@mailbmc.com;mflores@mailbmc.com;asands-puryear@mailbmc.com
Trent L Rosenthal on behalf of Creditor Drilling Controls, Inc.
trosenthal@bmpllp.com, ccopeland@bmpllp.com;efnotify@bmpllp.com
Randall L Rouse on behalf of Creditor Leaders Oilfield Equipment, LLC
rrouse@lcalawfirm.com
Peter C Ruggero on behalf of Creditor Kreher Steel Company LLC
peter.ruggero@haynesboone.com
Marc H Schneider on behalf of Creditor McCaffety Electric Company
lawfirm@ws-law.com, alicia@ws-law.com;linda@ws-law.com;tracy@ws-law.com;marcs@ws-law.com;faithe@ws-law.com
Richard A Simmons on behalf of Creditor McCaffety Electric Company
rsimmons@ws-law.com, debra@ws-law.com
Stephen Douglas Statham on behalf of U.S. Trustee US Trustee
stephen.statham@usdoj.gov
John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts
john.stern@oag.state.tx.us, Sherri.Simpson@oag.state.tx.us
US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV
Larry A. Vick on behalf of Debtor Roger Cormier
lv@larryvick.com
Randy W Williams
williarw@tklaw.com, rw13@trustesolutions.com
Donald L Wyatt on behalf of Attorney Donald Wyatt
don.wyatt@wyattpllc.com, shirley.stubbs@wyattpllc.com;paula.piano@wyattpllc.com