IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DEMAY INTERNATIONAL, LLC | § § | CASE NO. 09-35759-H4–11 |
| Debtor | § § | |

### ORDER DENYING MOTION OF GSL OF ILL, LLC FOR STAY PENDING APPEAL OF ORDER DENYING CLAIM OBJECTION
(Docket No. 408)

At Houston, came on for consideration the Motion of GSL OF ILL, LLC for Stay Pending Appeal of Order Denying Claim Objection (Docket No. 408) ("Motion") and the Court, after consideration of the Motion, the Response of Creditor McCaffety Electric Company, Inc., and the argument of counsel, if any, is of the opinion that the Motion should be DENIED. It is, therefore,

**ORDERED** the Motion of GSL of ILL, LLC for Stay Pending Appeal of Order Denying Claim Objection is denied.

Dated: 6/23/2010

HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE